IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LHRET READING, L.P.,

   Plaintiff,

v.

KEYSTONE ONCOLOGY ASSOCIATES, P.C.;
PATRICK J. COLARUSSO, D.O.; and
LEISAWITZ HELLER ABRAMOWITCH
PHILLIPS, P.C., doing business as
THE LAW FIRM OF LEISAWITZ HELLER,

   Defendants.

CIVIL ACTION
NO. 14-6169

## ORDER

**AND NOW**, this 22nd day of June, 2015, upon consideration of Defendant Leisawitz Heller's motion to dismiss and all supporting and opposing papers, after argument held, and for the reasons set for in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion is **GRANTED**, the claim against Defendant Leisawitz Heller[1] is **DISMISSED WITH PREJUDICE**, and said Defendant shall be terminated as a party to this action.

             **BY THE COURT:**

             **/s/ Jeffrey L. Schmehl**
             Jeffrey L. Schmehl, J.

---

[1] That claim is Count IV of the amended complaint, and as Leisawitz Heller is the only defendant on that claim, Count IV it is dismissed entirely.